**Beatrice Harriet DEMPSEY**

v.

**STATE.**

**No. 83–124–A.**

Supreme Court of Rhode Island.

Nov. 3, 1983.

Netti C. Vogel, Gunning, LaFazia & Gnys Inc., Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., for defendant.

**ORDER**

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

---

**Philip LaROCHELLE**

v.

**Mrs. Gertrude M. Jayne FOWLER et al.**

**No. 83–387–M.P.**

Supreme Court of Rhode Island.

Nov. 3, 1983.

Gertrude M. Jayne Fowler, pro se.

Edward E. Dillon, Lind & Dillon, Slatersville, for respondent.

**ORDER**

The petition for writ of certiorari and petitioner's motion for stay are denied.

---

**Beverly DWORMAN**

v.

**Richard J. MASON.**

**No. 83–414–A.**

Supreme Court of Rhode Island.

Nov. 3, 1983.

Larry Dub, Pearlman & Vogel, Providence, for plaintiff.

Bruce G. Tucker, Roberts, Carroll, Feldstein & Tucker, Providence, for defendant.

**ORDER**

The defendant's motion to affirm the judgment of the Family Court pursuant to Rule 16(g) is granted.

---

**Dennis J. ROBERTS**

v.

**WEST GREENWICH TOWN COUNCIL et al.**

**No. 83–429–M.P.**

Supreme Court of Rhode Island.

Nov. 3, 1983.

Vincent J. Santaniello, Town Sol., for petitioner.

Bradford Gorham, Gorham & Gorham, Inc., Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.